# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

---

## UNITED STATES

### v.

## Airman Basic TRAVIS L. MCBRYDE
## United States Air Force

## ACM 38828

## 18 February 2016

Sentence adjudged 17 March 2015 by GCM convened at Joint Base Andrews NAF Washington, Maryland. Military Judge: Joshua Kastenberg (sitting alone).

Approved Sentence: Dishonorable discharge and confinement for 102 months.

Appellate Counsel for the Appellant: Major Isaac C. Kennen.

Appellate Counsel for the United States: Lieutenant Colonel Katherine E. Oler.

Before

ALLRED, MITCHELL, and MAYBERRY
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred.[*] Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

---

[*] The court notes that the court-martial order (CMO), dated 5 Jun 2015, incorrectly states the date of sentencing as 20 Mar 2015 instead of 17 Mar 2015. The court orders the promulgation of a corrected CMO.

Accordingly, the approved findings and sentence are

AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court